

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2021

No. 04-21-00286-CV

**IN THE INTEREST OF B.N.D., J.D.D., B.F.C., J.C. AND E.L.C.**

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3761CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

On July 14, 2021, appellant filed a notice of accelerated appeal and a motion for extension of time to file the notice of appeal. We **grant** the motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.1(b), 26.3.

On July 19, 2021, appellant's counsel, Guadalupe R. Rodriguez, filed a motion to withdraw. We **grant** the motion to withdraw. We **order** the trial court to appoint appellate counsel for Rebecca Clementz **July 28, 2021**. We further **order** the trial court to notify this court and all parties in writing when new counsel has been appointed.

We **order** the clerk's and reporter's records due **August 2, 2021**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court